United States District Court

Eastern District of California

Irvin Terrell Tatum, et al.,

     Plaintiffs,                      No. Civ. S 02-2697 DFL PAN P

  vs.                                 Order

Steve Vance, et al.,

     Defendants.

-oOo-

    Good cause appearing, the court hereby orders that:

    1.  Henceforth the Clerk of Court shall serve all orders on all three plaintiffs and include each plaintiff's prisoner number in the address.

    2.  Plaintiff Tatum's May 2, 2005, motion for an order granting leave to correspond with co-plaintiffs is denied as moot, in light of the May 13, 2005, second-amended complaint which includes the signatures of all three plaintiffs. Plaintiffs are advised the court never is going to require they

1  be allowed to communicate with one another so long as contrary to
2  prison security rules because they could have, and still could,
3  file separate suits.
4      3.  Defendants shall respond to the second-amended complaint
5  within 10 days.
6      Dated:  June 7, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge