1

2

3

4

5                IN THE UNITED STATES DISTRICT COURT

6             FOR THE EASTERN DISTRICT OF CALIFORNIA

7 IRVIN TERRELL TATUM, et al.,

8           Plaintiffs,              No. CIV S-02-2697 DFL PAN P

9    vs.

10 STEVE VANCE, et al.,

11          Defendants.        <u>ORDER</u>

12 _____/

13       Plaintiff Irvin Tatum[1] has requested an extension of time to file a pretrial

14 statement pursuant to the court's order of November 3, 2005.  Plaintiff's pretrial statement is not

15 due until July 28, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

16          1.  Plaintiff Tatum's May 2, 2006 request for extension of time is denied; and

17          2.  The Clerk of the Court is directed to serve on plaintiff Tatum another copy of

18 the scheduling order filed in this action on November 3, 2005.

19 DATED: May 10, 2006.

20

21

22                 UNITED STATES MAGISTRATE JUDGE

23 12;tatu2697.36den

24

25

26    [1]  This action is proceeding as to three plaintiffs, Irvin Terrell Tatum, Jason L. Green, and Jason Sherrill.  Plaintiffs are cautioned that any plaintiff who fails to file a pretrial statement will be dismissed from this action for lack of prosecution.