1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IRVIN TERRELL TATUM, et al.,

11            Plaintiffs,              No. CIV S-02-2697 DFL PAN P

12        vs.

13   STEVE VANCE, et al.,

14            Defendants.        FINDINGS & RECOMMENDATIONS

15   _____/

16            A recent court order was served on plaintiff Jason Sherrill's address of record and

17   returned by the postal service.  It appears that plaintiff Sherrill has failed to comply with Local

18   Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any

19   address change.

20            Accordingly, IT IS HEREBY RECOMMENDED that plaintiff Sherrill be

21   dismissed from this action due to his failure to keep the court apprised of his current address.

22   See Local Rules 83-182(f) and 11-110.

23            These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

25   days after being served with these findings and recommendations, any party may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1    Findings and Recommendations."  The parties are advised that failure to file objections within

2    the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

3    F.2d 1153 (9th Cir. 1991).

4    DATED: May 31, 2006.

5

6                                                                  _____
                                                                   UNITED STATES MAGISTRATE JUDGE
7

8    12
     tatu2697.sher33a
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                        2