IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN TERRELL TATUM, et al.,

    Plaintiff,                    No. CIV S-02-2697 DFL PAN P

    vs.

STEVE VANCE, et al.,

    Defendants.          ORDER

_____/

        Plaintiffs, state prisoners proceeding pro se, have filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 1, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        Although it appears from the file that plaintiff Sherrill's copy of the findings and recommendations was returned, plaintiff Sherill was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4  1. The findings and recommendations filed June 1, 2006, are adopted in full; and
5  2. Plaintiff Sherrill is dismissed from this action due to his failure to keep the
6  court apprised of his current address.  <u>See</u> Local Rules 83-182(f) and 11-110.
7  DATED: 8/3/2006

DAVID F. LEVI
United States District Judge