IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN TERRELL TATUM, et al.,

        Plaintiffs,        No. CIV S-02-2697 DFL PAN P

   v.                           O R D E R

STEVE VANCE, et al.,

        Defendants.

_____/

    On August 4, 2006, the court adopted the magistrate judge's findings and recommendations, thereby dismissing plaintiff Sherrill from this action for failing to keep the court apprised of his current address. However, on that same day, Sherrill filed objections to the findings and recommendations, providing the court with his current address. Accordingly, the court VACATES its August 4, 2006 order and remands the case to the magistrate judge for further proceedings.

    IT IS SO ORDERED.

Dated: August 7, 2006

                                           /s/ David F. Levi
                                           DAVID F. LEVI
                                           United States District Judge