IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN TERRELL TATUM, et al.,

    Plaintiffs,                    No. CIV S-02-2697 DFL PAN P

    vs.

STEVE VANCE, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiffs Irvin Terrell Tatum and Jason Sherrill are state prisoners proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiffs' pretrial statements were due on July 28, 2006.[2] On June 1, 2006, this court issued findings and recommendations recommending dismissal of defendant Sherrill due to his failure to keep the court apprised of his current address. On August 4, 2006, the district court adopted those findings and recommendations in full. On the same day, plaintiff Sherrill filed notice of change of address.

/////

---

[1] A third plaintiff, Jason L. Green, was dismissed from this action by order filed August 29, 2006.

[2] Plaintiff Tatum has timely filed a pretrial statement requests for the attendance of five inmate witnesses at trial.

1

1  On August 8, 2006, the district court vacated the August 4, 2006 order and remanded the matter
2  to this court for further proceedings.

3  This matter was set for pretrial conference on the papers on August 18, 2006.
4  Plaintiff Sherrill has not filed a pretrial statement. (Cf. Order filed May 11, 2006, at n.1.) Good
5  cause appearing, plaintiff Sherrill will be given one additional opportunity to file a pretrial
6  statement and, as appropriate, a request for the attendance of inmate witnesses at trial. (See
7  Scheduling Order filed November 3, 2005.) Plaintiff Sherrill is cautioned that failure to timely
8  file a pretrial statement will result in a recommendation that he be dismissed from this action for
9  lack of prosecution.

10  On August 11, 2006, defendants filed a request for an extension of time to file a
11  pretrial statement. Good cause appearing, the request will be granted. The deadline for
12  defendants to file a pretrial statement will be reset in this order. Pretrial conference on the papers
13  before the magistrate judge will also be reset. The date for jury trial will be vacated and will be
14  reset in the pretrial order.

15  In accordance with the above, IT IS HEREBY ORDERED that:

16  1. Plaintiff Sherrill shall file and serve a pretrial statement and any request for the
17  attendance of inmate witnesses at trial not later than September 29, 2006. Plaintiff Sherrill is
18  cautioned that failure to timely file a pretrial statement will result in a recommendation that he be
19  dismissed from this action for lack of prosecution.

20  2. Defendants' August 11, 2006 request for an extension of time to file a pretrial
21  statement is granted. Defendants shall file and serve their pretrial statement not later than
22  October 13, 2006.

23  3. Pretrial conference is continued to October 20, 2006 on the papers before the
24  magistrate judge.

25  /////
26  /////

1   4. The jury trial set for November 6, 2006 before the Honorable David F. Levi at
2   8:30 a.m. in Courtroom # 7 is vacated and will be reset, as appropriate, in the pretrial order.
3   DATED:  September 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
tatu2697.36pts