IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN TERRELL TATUM, et al.,

        Plaintiffs,                    No. CIV S-02-2697 DFL EFB P

    vs.

STEVE VANCE, et al.,

        Defendants.               ORDER

_____/

    On November 30, 2006, defendants requested an extension of time to file and serve their pretrial statement. *See* Fed. R. Civ. P. 6(b).

    Defendants' November 30, 2006, request is granted and defendants have 30 days from the date this order is served to file and serve a pretrial statement.

    So ordered.

Dated: December 12, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE