1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IRVIN TERRELL TATUM, et al.,

11            Plaintiffs,                    No. CIV S-02-2697 RRB EFB P

12       vs.

13   STEVE VANCE, et al.,

14            Defendants.            ORDER

15   _____/

16       Plaintiff is a state prisoner without counsel seeking relief for civil rights violations. *See*

17   42 U.S.C. § 1983.  Plaintiff filed an original complaint on December 19, 2002, initiating the

18   present action.  On January 15, 2004 the complaint was dismissed with leave to amend.  On

19   March 18, 2004, plaintiff filed an amended complaint against defendants Vance, Gold, Murphy,

20   Lytle, and Hayward.  The court found service was appropriate as to all defendants by order filed

21   July 28, 2004.  Service was ordered on defendants on October 12, 2004.  On December 18, 2006,

22   plaintiff filed a motion for default pursuant to the Federal Rules of Civil Procedure, Rule 55,

23   claiming that defendants had failed to file their pretrial statement by August 11, 2006.

24       On November 30, 2006, defendants requested an extension of time in which to file their

25   pretrial statement.  That request was granted by an order filed December 12, 2006, in which

26   defendants were granted 30 days from the date that order was served within which to file their

1

1  pretrial statement.  Defendants timely filed their pretrial statement on January 10, 2007.

2      Rule 6(b) of the Federal Rules of Civil Procedure provides, in relevant part:

3          When by these rules or by a notice given thereunder or by order of court an act is
           required or allowed to be done at or within a specified time, the court for cause
4          shown may at any time in its discretion (1) with or without motion or notice order
           the period enlarged if request therefor is made before the expiration of the period
5          originally prescribed or as extended by a previous order, or (2) upon motion made
           after the expiration of the specified period permit the act to be done where the
6          failure to act was the result of excusable neglect . . . .

7  Plaintiff's motion for default is therefore denied.

8      Accordingly, IT IS HEREBY ORDERED that plaintiff's December 18, 2006, request for

9  default is denied.

10  Dated:  September 28, 2007.

11

12                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26