IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN TERRELL TATUM,

        Plaintiff,                   No. CIV S-02-2697 RRB EFB P

    vs.

STEVE VANCE, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 28, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 28, 2007, are adopted in full; and

2. Plaintiff's December 18, 2006, motion for injunctive relief is denied.

ENTERED this 28th day of September, 2007.

                                  S/RALPH R. BEISTLINE
                                  UNITED STATES DISTRICT JUDGE

/