1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IRVIN TERRELL TATUM, et al.,

11              Plaintiffs,              No. CIV S-02-2697 JAM EFB P

12        vs.

13   STEVE VANCE, et al.,

14              Defendants.              ORDER

15   _____/

16        Plaintiffs, state prisoners proceeding pro se, have filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On November 16, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  No party

22   has filed objections to the findings and recommendations.

23        The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed November 16, 2006, are adopted in

2   full;

3          2.  Plaintiff Sherrill is dismissed from this action due to his failure to file a pretrial

4   statement.  <u>See</u> Fed. R. Civ. P. 41(b), 16(f); Local Rule 11-110; and

5          3.  This case proceeds only as to plaintiff Tatum.

6   DATED:   7/10/2008

7

8
                                        /s/ John A. Mendez
9                                       UNITED STATES DISTRICT JUDGE

10  /

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26