UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN TERRELL TATUM, | ) Case No. CIV S-02-2697 JAM-EFB-P |
| Plaintiff, | ) AMENDED PRETRIAL ORDER |
| v. | ) |
| STEVE VANCE, et al., | ) |
| Defendants. | ) |

The Pretrial Order dated August 29, 2008 in the above-captioned action is amended as follows:

<u>Page 5, lines 13-14</u>: The court will take up the motions in limine on the first day of trial <u>before</u> selection of the jury panel.

<u>Page 8, lines 18-26</u>: Strike this portion of the Order and substitute the following:

> The August 29, 2008 pretrial order cites to *Walker v. Gomez*, 370 F.3d 969 (9th Cir. 2004) for the proposition that in considering racial discrimination claims by state prisoners, prison officials may take actions that are "reasonably related to penological interests." Aug. 29, 2008 Order 8:18-21. However, the standard of review in this context is strict scrutiny, not rational basis. *See Johnson v.*

*California*, 543 U.S. 499, 509 (2005).  The purpose of this level of scrutiny is to "smoke out illegitimate uses of race by ensuring that the government's classification is closely fitted to the compelling goals that it seeks to achieve."  *Richmond v. J. S. Croson Co.*, 488 U.S. 469, 493 (1989).  Once a prisoner has come forward with evidence of intentional race-based discrimination, prison officials have the burden of proving by a preponderance of the evidence that the disparate treatment is a  "narrowly tailored measure [] that further[s] compelling governmental interests."  *Adarant Constructors, Inc. v. Pena*, 515 U.S. 200, 227 (1995); *Washington v. Davis*, 426 U.S. 229, 239-240 (1976).

<u>Page 13, Exhibits, Schedules and Summaries</u>:  Plaintiff is ordered to specifically identify in writing the exhibits he intends to introduce at trial pursuant to the Court's directives at the October 24, 2008 Trial Confirmation Hearing.  This written identification should be served on defendants' counsel and filed with the Court no later than October 31, 2008.

<u>Page 19, line 10</u>:  Jury trial is set for December 1, 2008 at <u>9:00</u> a.m. in Courtroom 6.

<u>Page 19, Jury Instructions</u>:  The parties are to submit proposed jury instructions and voir dire no later than November 24, 2008.

IT IS SO ORDERED.

Dated:  October 24, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE