## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

IRVIN TERRELL TATUM,

        Plaintiff,                  No. CIV S-02-2697 JAM EFB P

vs.

STEVE VANCE, et al.

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Maurice Raybon, inmate # J-89522, a necessary and material witness in proceedings in this case on December 2, 2008, is confined in High Desert State Prison, P.O. Box 750, Susanville, CA 96127, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable John A. Mendez, to appear by video-conferencing at High Desert State Prison on December 2, 2008, at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Tom Felker, Warden, High Desert State Prison, P.O. Box 750, Susanville, CA 96127:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 30, 2008.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE