IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN TERRELL TATUM,

    Plaintiff,                      No. CIV S-02-2697 JAM EFB P

    vs.

STEVE VANCE, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. <u>See</u> 42 U.S.C. § 1983. On September 25, 2008, plaintiff requested the attendance of various witnesses at trial, including inmate James Broadway. However, plaintiff failed to provide the court with Broadway's inmate number. At the October 24, 2008 trial confirmation hearing, the undersigned granted plaintiff the opportunity to provide the court with Broadway's inmate number, but plaintiff has failed to do so. Accordingly, IT IS HEREBY ORDERED that plaintiff is precluded from calling James Broadway as a witness at trial.

DATED: 11/10/2008

                                                  /s/ John A. Mendez

                                                  HON. JOHN A. MENDEZ

1